IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA SCHUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Case No. 4:05-CV-01220 |
| | ) | |
| INSITUFORM TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

Come Now Plaintiff Patricia Schuman ("Schuman") and Defendant Insituform Technologies, Inc., ("Insituform"), by their respective attorneys, and pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, and stipulate and agree as follows:

1. Schuman dismisses with prejudice the above-styled lawsuit and action and all claims alleged or which could have been alleged in that lawsuit.

2. Each party shall bear and pay for her or its own respective costs and attorneys' fees in connection with this dismissal and this lawsuit.

Respectfully submitted,

| | |
|---|---|
| **LEAR & WERTS, LLP** | **THOMPSON COBURN LLP** |
| | |
| By: /s/ Bradford B. Lear, Esq. | By: /s/Amie E. Needham, Esq. |
|    Bradford B. Lear, #109960 |    Charles M. Poplstein, #30803 |
|    910 B. Broadway, Suite B |    Amie E. Needham, #52279 |
|    Columbia, MO 65201 |    One US Bank Plaza |
|    573-875-1991 |    St. Louis, Missouri 63101 |
|    FAX 573-875-1985 |    314-552-6000 |
|    lear@learandwerts.com |    FAX 314-552-7000 |
|    **Attorneys for Plaintiff** |    cpoplstein@thompsoncoburn.com |
| |    aneedham@thompsoncobum.com |
| |    **Attorneys for Defendant** |

SO **ORDERED** THIS _____DAY OF _____,2006.

_____
United States District Judge